G. Martin Meyers, Esq. (#271881971)
LAW OFFICES OF G. MARTIN MEYERS, P.C.
35 West Main Street, Suite 106
Denville, New Jersey 07834
Telephone: (973) 625-0838
Telefax: (973) 625-5350
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDI GARTEN, Individually and as guardian ad litem for the minor plaintiffs OWEN HAVENS, SCARLETT HAVENS, and MASON HAVENS, her children<br><br>Plaintiffs,<br><br>INTAMIN AMUSEMENT RIDES INT. CORP.EST., INTARIDE LLC, INTAMIN LTD., INTERNATIONAL AMUSEMENTS INC.,INGENIEUR-BURO STENGEL GmbH, MARTIN &VLEMINCKX LTD., MARTIN & VLEMINCKX USA, LLC, SIX FLAGS GREAT ADVENTURE, LLC, SIX FLAGS THEME PARKS INC., JOHN DOES 1-20 AND ABC CORPORATIONS 1-10.<br><br>Defendants. | Civil Action No 3:19-20040-FLW-ZNQ<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br><br>**Civil Action** |

## Order of Dismissal

Pursuant to F.R.C.P. 41(a)(2) it is hereby ordered that defendant, International Amusements, Inc. is hereby dismissed from this action, without prejudice, and any claims and crossclaims against it are dismissed. In consideration of this agreement to dismiss, defendant International Amusements, Inc. has stipulated that should any party seek to join them back into this action the aforesaid defendant hereby waives any statute of limitations defense available to it.

_____   1/9/20
Hon. Freda L. Wolfson
United States District Judge for the District of New Jersey